PEOPLE OF PORTO RICO, Plaintiff an Appellee, *v.* FRANCISCO CRUZ, Defendant and Appellant.

No. 2916.—Argued November 29, 1926.—Decided December 21, 1926.

*José J. Aponte* for the appellant.   *José E. Figueras* for the appellee.

Mr. Justice Wolf delivered the opinion of the court.

In a complaint for carrying a knife (*cuchillo*) it is not necessary to express the length of the weapon, although such a specification might be necessary if the defendant was charged with carrying a pocket-knife.

Neither is it necessary to negative all the exceptions contained in the law.   They are not a part of the definition. *People v. Cortés*, 24 P.R.R. 195, and *People v. Rosenstadt*, 28 P.R.R. 896.

On the other hand, we are not satisfied from the evidence that the defendant actually carried a prohibited weapon. With the exception of one witness, no one present saw him in possession of such a weapon.   The only person who so testified against the defendant was the wife of a man with whom the defendant had had a struggle, and she does not make it very clear that the defendant really bore the weapon. Under the circumstances, as the *fiscal* suggests a reversal, we accede to the suggestion.

Mr. Justice Hutchison took no part in the decision of this case.